# Court of Appeals
## Tenth Appellate District of Texas

10-26-00035-CV

In the Interest of J.S.J. and J.S., Children

On appeal from the
County Court at Law No. 1 of Ellis County, Texas
Judge James S. Chapman, presiding
Trial Court Cause No. 96737CCL

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Ja'Quinn Lamar Sargent, Sr., appealed from a dismissal for lack of prosecution signed by the trial court on January 20, 2026. On January 23, 2026, Appellant was notified by letter that the filing fee was due on or before Monday, February 2, 2026, and that a docketing statement was required to be completed and returned to this Court by that same date. The filing fee was not paid and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1.

By letter dated February 4, 2026, the Clerk of this Court notified Appellant that the filing fee had not been paid and that if the fee was not paid

on or before Tuesday, February 17, 2026, the appeal would be dismissed. In that same letter dated February 4, 2026, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Tuesday, February 17, 2026. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal.[1] *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: February 26, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06



---

[1] Appellant filed an unsigned document entitled "Cancel Appeal" in the trial court on January 30, 2026 in which he stated that he wanted to cancel his appeal. The Clerk of this Court informed Appellant in a separate letter dated February 4, 2026, that a signed motion or other document showing his desire to dismiss the appeal should be filed in the appellate court, but he did not do so.